# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
**CLERK OF COURT**

404-215-1600

August 14, 2009

Stuart J. Miller
Lankenau & Miller, LLP
Suite 423
132 Nassau Street
New York, NY 10038

      Re:    Sharon Leforce et al v. Taylor Bean & Whitaker Mortgage Corp.
            1:09-cv-2167-WBH
            Your client: Sharon Leforce et al

Dear Mr. Miller:

    You, are listed as counsel in the referenced case. As an out-of-state attorney who is not a member of the Bar of this Court, you must be admitted *pro hac vice* (Local Rule 83.1). Applications for Admission Pro Hac Vice in all cases, both civil and criminal, should be filed electronically by local counsel. Credit card payment of the $150 application fee must be made concurrent with the filing of each completed application.

    *Pro hac vice* applications are available on our Courts web site at www.gand.uscourts.gov.

    If you decide not to complete the application, you must file a (1) motion to withdraw identifying therein the attorney who will represent the party or (2) notice of substitution of counsel.

    **This is the only notice you will receive**; after 30 days and no response, the status of your admission will be brought to the attention of the assigned judge.

    Please direct all correspondence or any questions you may have to Judith Motz at 404-215-1600.

                                  Sincerely yours,

                                  s/Judith Motz

                                  Judith Motz for
                                  James N. Hatten

JNH:jm